No. 92–8362. KADUNC *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 22, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 92–8425. JONES *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until June 22, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 92–8358. IN RE LARSON. C. A. 8th Cir. Petition for writ of common-law certiorari before judgment denied.

No. 92–1614. IN RE ATLANTIC RICHFIELD CO.;
No. 92–7673. IN RE CASTILLO PONCE; and
No. 92–8686. IN RE TORRES HERRERA. Petitions for writs of mandamus denied.

No. 92–1632. IN RE QUALLS. Petition for writ of mandamus and/or prohibition denied.

No. 92–1837. IN RE BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Motion of petitioner to expedite consideration of petition for writ of mandamus and/or prohibition granted. Motion of respondent Charles Campbell for leave to proceed *in forma pauperis* granted. Petition for writ of mandamus and/or prohibition denied.

No. 92–1625. INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL. *v.* BAGWELL ET AL. Sup. Ct. Va. Certiorari granted.

No. 92–785. ROCK CREEK LIMITED PARTNERSHIP *v.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD ET AL. C. A. 9th Cir. Certiorari denied.